IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

    Plaintiff,                    No. CIV S-07-0397 MCE KJM P

  vs.

MARTIN VEAL, et al.,

    Defendants.              <u>ORDER</u>

                     /

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed June 6, 2007, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has now filed a second amended complaint.

       The second amended complaint states a cognizable Eighth Amendment claim against defendant Hurtado pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this claim. Therefore the court will order service of process upon defendant Hurtado.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant Hurtado.

2. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed June 28, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form; and

    d. Two copies of the endorsed second amended complaint filed June 28, 2007.

4. Plaintiff need not attempt service on defendant Hurtado and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve defendant Hurtado pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 1, 2007.

_____
U.S. MAGISTRATE JUDGE

---

1 jack0397.1(6.28.07)

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND JACKSON, SR.,

      Plaintiff,                             No. CIV-S-07-0397 MCE KJM P

   vs.

MARTIN VEAL, et al.,                <u>NOTICE OF SUBMISSION</u>

      Defendants.                      <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                              Second Amended Complaint

DATED:

                                       _____
                                       Plaintiff